

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Sean Michael McGuire v. The State of Texas

Appellate case number:    01-14-00241-CR

Trial court case number:  11-DCR-057073

Trial court:              240th District Court of Fort Bend County

       Appellant's Motion for Extension of time is **GRANTED, in part**. This is appellant's third request for an extension. Appellant's brief is due January 9, 2015. No further requests for extension will be considered or granted if a brief is not filed by that date.

       It is so ORDERED.


Judge's signature: /s/ Harvey Brown
               ☑ Acting individually      ☐ Acting for the Court


Date: December 23, 2014